UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>BAILEY WAYSEN, INC., d/b/a MJB CONSTRUCTION,<br><br>  Defendant,<br><br>COLACURCIO BROTHERS, INC.,<br><br>  Garnishee. | NO. MC21-0079RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Bailey Waysen, Inc., d/b/a MJB Construction, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Colacurcio Brothers, Inc. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on July 15, 2021.

Dated this 20th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT - 1