UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BAILEY WAYSEN, INC., d/b/a MJB CONSTRUCTION, <br><br> Defendant, <br><br> v. <br><br> COLACURCIO BROTHERS, INC., <br><br> Garnishee-Defendant. | NO. MC21-0079RSL <br><br> ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER |

**Summary**

| | |
|---|---|
| Judgment Creditor: | Carpenters Health and Security Trust of Western Washington, *et al.* |
| Judgment Debtor: | Bailey Waysen, Inc. |
| Garnishee-Defendant: | Colacurcio Brothers, Inc. |
| Garnishment Judgment Amount: | $5,903.03 |
| Attorney's Fees: | $300.00 |
| Costs: | $88.00 |
| Attorneys for Judgment Creditor: | Barlow Coughran Morales & Josephson, P.S. |

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

THIS MATTER coming on for consideration upon the application of Judgment Creditor for judgment on the answer of Garnishee-Defendant; it appearing that Garnishee-Defendant has filed its answer herein stating that it holds funds of the Judgment-Debtor, Bailey Waysen, Inc., in the sum of $5,903.03; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in excess of that amount; that Judgment Creditor incurred attorney's fees in the amount of $300.00, and costs in the amount of $88.00 as stated above; that more than twenty (20) days have elapsed since service of the Writ of Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service of the Writ of Garnishment, Application for Writ of Garnishment including a copy of the judgment entered in this action, indicating service upon the Judgment Debtor either by personal service or by Certified mail, is on file herein now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

1. The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor and against the Garnishee Defendant in the sum of $5,903.03, such funds to be first applied in satisfaction of the costs and fees taxable herein;

2. Upon payment by the Garnishee of the aforementioned sum to the registry of this Court, the Garnishee shall be automatically discharged from this action.

3. Upon receipt of the aforementioned payment from the Garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $5,903.03, plus all accrued interest, minus any statutory user fees, payable to Carpenters Health and Security Trust of Western Washington., and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., ATTN: Jeffrey G. Maxwell, 1325 Fourth Ave., Suite 910, Seattle, WA 98101.

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

4. Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in the underlying action as to the principal Defendant/Judgment Debtor.

Dated this 8th day of October, 2021.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3